UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cr-20667-KMW

UNITED STATES OF AMERICA

vs.

LISA FLOOD,

    Defendant.
_____/

## FACTUAL PROFFER

The United States of America and the defendant, Lisa Flood a/k/a "Mona" ("FLOOD"), hereby agree that, had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt as to Counts One and Four of the Indictment.

1. Since 2016, the FBI has investigated a criminal enterprise operated by Palacio Farley and others for crimes including drug trafficking, identity theft, and extortion (the "Enterprise"). The Enterprise has also been identified by law enforcement as suspects in a number of violent crimes, including armed home invasions. In February and March of 2018, law enforcement obtained authorization to intercept wire and electronic communications for a phone number that was utilized by co-defendants Palacio Farley and Karen Williams.

2. Upon the completion of the wire interception period, law enforcement obtained a search warrant for the residence and electronic devices, including cell phones, within Farley and Williams' apartment. FLOOD's belongings were found in the apartment and FLOOD was in the building's lobby at the time law enforcement executed the warrant.

3. Law enforcement uncovered evidence establishing FLOOD's role to conceal drug-related assets and to promote the Enterprise's drug trafficking.

4. For example, on December 19, 2016, co-Defendant Denzel Wilson, a marijuana source of supply for the Enterprise, instructed FARLEY to send up to $9,500 to a bank account in

the name of B.V. Bank of America records establish that FLOOD, as instructed by Farley, then sent $9,500 to B.V., which money was used by Wilson to send narcotics from California to Florida.

5. On January 2, 2017, co-Defendant Emanuel White transferred $6,750 to FLOOD's JP Morgan Chase account. In 2017, FLOOD's account received approximately $48,000 in drug related funds.

6. On January 12, 2018, FLOOD received a payment of $768 via Moneygram from "Myranette Livingston" at 5414 Karen Court, Orlando, FL. About one month later, a package containing 1.3 kilograms of marijuana was sent to "Holly Livingston" at 5417 Karen Court. That package, sent by co-Defendant Wilson and destined for co-Defendant Robert Benton, was intercepted by law enforcement.

7. On January 18, 2018, FLOOD received $2,234 from J.M. via a Walmart to Walmart transfer. Law enforcement interviewed J.M. and learned that she did not authorize the transfer, and that the transfer was fraudulent. J.M.'s personal information was later uncovered in Farley and Williams' apartment.

8. On March 14, 2018, Farley instructed co-Defendant Willie Hudson to send $5,000 to FLOOD. In a series of recorded calls, FARLEY spoke to both Hudson and FLOOD to find ways to surreptitiously send FLOOD the money, which was to be used to purchase marijuana in California. That day, HUDSON sent $2,500 to FLOOD and $2,500 to C.G. On March 18, 2018, Williams also sent FLOOD, via Walmart to Walmart, $2,500 intended to promote the Enterprise's drug trafficking.

9. Throughout both the drug conspiracy and money laundering conspiracy periods, FLOOD utilized several methods to conceal narcotics based proceeds and to send money used to purchase narcotics, knowing that the funds were proceeds of a specified unlawful activity, all in

furtherance of the Enterprise. FLOOD knowingly and willfully agreed to join her co-conspirators and took steps to promote the Enterprise's unlawful activities.

These events occurred in Miami-Dade and Broward Counties in the Southern District of Florida, and elsewhere. The Parties agree that these facts, which do not include all of the facts known to the United States and to the Defendant, are sufficient to prove the guilt of the Defendant as to Counts One and Four of the above-referenced indictment.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 11-16-20     By: /s/ Cary Aronovitz
CARY O. ARONOVITZ
ASSISTANT UNITED STATES ATTORNEY

Date: 11-9-20     By: _____
ALLEN S. KAUFMAN
ATTORNEY FOR DEFENDANT

Date: 10/13/20     By: _____
LISA FLOOD
DEFENDANT

3